IN RE APPLICATION OF THE BURLINGTON COUNTY BOARD OF CHOSEN FREEHOLDERS FOR AN INVESTIGATION OF THE OFFICE OF SHERIFF.

Superior Court of New Jersey
Appellate Division

Argued March 22, 1983—Decided May 16, 1983.

Before Judges MATTHEWS, ANTELL and FRANCIS.

*Arnold M. Mellk* argued the cause for appellant Office of the Sheriff (*Katzenbach, Gildea & Rudner,* attorneys; *Arnold M. Mellk* and *Ezra D. Rosenberg,* on the brief).

*Michael J. Hogan,* Burlington County Solicitor, argued the cause for respondent Board of Freeholders (*Michael J. Hogan* and *Cynthia J. Nadolski,* Assistant County Solicitor, on the brief).

PER CURIAM.

The judgment of the Law Division is affirmed substantially for the reasons expressed by Judge Haines in his written opinion filed January 21, 1983, 188 *N.J.Super.* 343.

Affirmed.